# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. RODRIGUEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DENNIS SMITH,<br><br>　　　　　　Respondent. | 1:07-CV-0189 OWW SMS HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:　March 14, 2007**　　　　　　　　　　／s／ **Sandra M. Snyder**
23ehd0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE