1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

MARCO A. RODRIGUEZ,                    )    1:07-CV-00189 OWW SMS HC
                                       )
11                                     )
              Petitioner,              )    ORDER GRANTING RESPONDENT'S
12                                     )    MOTION TO DISMISS
                                       )    [Doc. #6]
13     v.                              )
                                       )    ORDER DISMISSING PETITION FOR WRIT
14                                     )    OF HABEAS CORPUS
DENNIS SMITH,                          )
15                                     )    ORDER DIRECTING CLERK OF COURT
              Respondent.              )    TO ENTER JUDGMENT
16 _____ )

17
18          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2241.

20          Petitioner is currently in custody of the Bureau of Prisons ("BOP") at the Federal Prison

21  Camp in Atwater, California, pursuant to a judgment of the United States District Court.  Petitioner

22  was sentenced to serve twenty-one (21) months imprisonment on April 5, 2006; he has a projected

23  release date of August 19, 2007.

24          On February 5, 2007, Petitioner filed the instant federal petition for writ of habeas corpus in

25  this Court.  Petitioner claims the BOP is unlawfully denying him consideration for placement into a

26  Residential Re-entry Center ("RRC").

27          On March 16, 2007, the Magistrate Judge issued a Findings and Recommendation which

28  recommended the petition be granted and Respondent be ordered to consider the appropriateness of

1   transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any

2   other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in

3   December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R.

4   § 570.21.

5          On April 11, 2007, Respondent filed a motion to dismiss the petition as moot. Respondent

6   contends he has conducted the inquiry recommended by the Magistrate Judge consistent with the

7   Magistrate Judge's findings. Respondent states, "The BOP has evaluated petitioner 'without

8   reference to the time constraints imposed by 28 CFR § 570.20-21 or the 2002 and 2005 Community

9   Corrections Policies.'" See Respondent's Motion to Dismiss (hereinafter "Motion"). As a result of

10  this evaluation, the BOP has determined Petitioner is to spend "30-60 days in a Residential Re-entry

11  Center before his release." Id. Respondent has provided a copy of the completed form entitled,

12  "Institutional Referral for CCC Placement." See Exhibit 3, Motion. According to the form, Petitioner

13  was evaluated on February 23, 2007. Id.

14         Because Petitioner has already been granted the relief he requested, the case is now moot.

15  The case or controversy requirement of Article III of the Federal Constitution deprives the Court of

16  jurisdiction to hear moot cases. Iron Arrow Honor Soc'y v. Heckler, 464 U.S. 67, 70 104 S.Ct. 373,

17  374-75 (1983); NAACP., Western Region v. City of Richmond, 743 F.2d 1346, 1352 (9th Cir.

18  1984).  A case becomes moot if the "the issues presented are no longer 'live' or the parties lack a

19  legally cognizable interest in the outcome." Murphy v. Hunt, 455 U.S. 478, 481, 102 S.Ct. 1181,

20  1183 (1984).  The Federal Court is "without power to decide questions that cannot affect the rights

21  of the litigants before them." North Carolina v. Rice, 404 U.S. 244, 246, 92 S.Ct. 402, 406 (1971)

22  per curiam, quoting Aetna Life Ins. Co. v. Hayworth, 300 U.S. 227, 240-241, 57 S.Ct. 461, 463-464

23  (1937).

24  ///

25  ///

26  ///

27  ///

28  ///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's Motion to Dismiss is GRANTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED as moot; and

3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   June 5, 2007**                              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE

U.S. District Court
E. D. California        cd                              3